UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Defendant National Retail Properties, Inc. is dismissed without prejudice.
> Date: 4/06/2023
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

DENNIS TOOLEY,
an individual,

      Plaintiff,

vs.

NATIONAL RETAIL PROPERTIES, INC.,
a Maryland Corporation,

and

BELL INDIANA LLC,
a Delaware Limited Liability Company,

      Defendants.

CASE NO.: 1:23-cv-00355-RLY-MJD

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NATIONAL RETAIL PROPERTIES, INC.

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses Defendant National Retail Properties, Inc. from this action without prejudice.

Dated: April 5, 2023

    Respectfully Submitted,

By: *Louis I. Mussman*  .
Louis I. Mussman, Esq.
Bar No. 597155
Ku & Mussman, P.A.
18501 Pines Blvd, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
Louis@kumussman.com

and

1