UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | )   No. 1:23-cv-00355-RLY-MJD ) |
| NATIONAL RETAIL PROPERTIES, INC., et al., | ) ) |
| Defendants. | ) |

**ORDER**

In light of the filing of the Amended Complaint adding Defendant Bell Indiana, LLC, and the voluntary dismissal of the original Defendant, National Retail Properties, Inc., the initial pretrial conference set for May 5, 2023, is **VACATED**, to be reset once Bell Indiana, LLC, has appeared.

SO ORDERED.

Dated: 6 APR 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.